

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00160-CR

The **STATE** of Texas,
Appellant

v.

Ruben **MARTINEZ-ANASTACIO**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2022CRB000755L1
Honorable Leticia Martinez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we REVERSE the trial court's order granting Ruben Martinez-Anastacio habeas relief, RENDER judgment dismissing Martinez-Anastacio's habeas application, and REINSTATE the information charging Martinez-Anastacio with the misdemeanor offense of criminal trespass.

SIGNED November 20, 2024.

_____
Rebeca C. Martinez, Chief Justice